IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SUZANNE LINDSAY					PLAINTIFF

v.						CIVIL ACTION NO. 3:16CV033NBB

DR. STEPHEN W. HOUSEWORTH, M.D.			DEFENDANT

## JUDGMENT DISMISSING ACTION

The parties have filed a Stipulation of Voluntary Dismissal with Prejudice in this case. It is therefore not necessary that the case remain upon the calendar of the court.

**IT IS THEREFORE ORDERED** that the above styled and numbered case is **DISMISSED with prejudice**.

**THIS** this, the 31st day of October, 2017.

				/s/ Neal B. Biggers_____
				**NEAL B. BIGGERS, JR.**
				**UNITED STATES DISTRICT JUDGE**